U.S. District Court
Wisconsin Eastern

DEC − 1 2023

FILED
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _Wisconsin_

_Green Bay_ Division

Paki Brown

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

American Foods Group LLC, Dressed Beef LLC

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 23-C-1623

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☑Yes  ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paki Brown |
| Street Address | 602 N Ashland Ave |
| City and County | Green Bay   Brown County |
| State and Zip Code | Wisconsin   54303 |
| Telephone Number | 920 327 9657 |
| E-mail Address | pleymultiservice@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)._ Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

    Name                 Amerian Foods Group LLC

    Job or Title *(if known)*

    Street Address       544 Acme st / 500 S. Washington st.

    City and County     Green Bay 54302

    State and Zip Code  Wisconsin

    Telephone Number   920 436 4229

    E-mail Address *(if known)* Karriaga @ americanfoodsgroup.com

Defendant No. 2

    Name                 Dressed Beef LLC

    Job or Title *(if known)*

    Street Address       544 Acme st

    City and County     Green Bay

    State and Zip Code  Wisconsin 54302

    Telephone Number   920 436 4220

    E-mail Address *(if known)* Karriaga @ americanfoodsgroup.com

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Case 1:23-cv-01623-WCG     Filed 12/01/23     Page 2 of 6     Document 1

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | American Foods Group LLC |
| Street Address | 544 Acme st |
| City and County | GreenBay  Brown |
| State and Zip Code | Wisconsin  54301 |
| Telephone Number | 920 436 4229 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*: No FEAR Act (Anti-Discrimination and Retaliation Act of 2002) The Occupational Safety and Health Act of 1970 (OSH Act)

[✓] Relevant state law *(specify, if known)*: (Wisconsin statute 230.80) (Wisconsin's Workers Compensation Act chapter 102, statute)

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☐   Unequal terms and conditions of my employment.

☑   Retaliation.

☑   Other acts *(specify):* Whistleblower, reporting unsafe conduct.
*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

March 29th 2023

C.     I believe that defendant(s) *(check one)*:

☑     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐     race _____

☐     color _____

☐     gender/sex _____

☐     religion _____

☑     national origin   language spoken in communication, opposite culture

☐     age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows. Attach additional pages if needed.

On 03/29/23 while working at American Foods Group LLC, I Paki Brown the complainant herein made a report accompanied with my trainer to my supervisor Daniel who is hispanic and a native spanish speaker, that my trainer "Jose", who is also a native spanish speaker cannot speak understandable english while training me and that I hit my head the day prior on 03/28/2023 training with him. My trainer only explained in spanish. Supervisor Daniel grabbed my left arm after my report in disagreement pulling me into the office while i repeatedly requested for a break in order to keep my employment and due to the supervisors aggression about my report. Within 25 minutes of my report, supervisor Daniel and supervisor Brian who are related native spanish speakers terminated me in retaliation retaliation upon bringing this to their attention, giving me no reason why.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

September 14th 2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* November 21th 2023

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Plaintiff request court order defendants pay all out of pockets expenses for medical visits of $500 plus any remaining medical bills or future medical treatment in the amount of $150,000.00

② Plaintiff request court order defendants pay $300,000.00 a maximum amount for employment discrimination and retaliation with over 500 employees

③ Plaintiff request court order defendants pay $000,000.00 for oppressive nature for relief related to my brain injury

④ Order defendant Foods Group LLC equal protection type during training employees.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _December 1st 2023_

Signature of Plaintiff  _PoB_

Printed Name of Plaintiff  _Paki Brown_

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____