UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAKI BROWN,

        Plaintiff,

        v.                              Case No. 23-C-1623

AMERICAN FOODS GROUP, LLC and
GREEN BAY DRESSED BEEF, LLC,

        Defendants.

## ORDER GRANTING MOTIONS TO COMPEL DISCOVERY AND FOR PLAINTIFF TO APPEAR AT DEPOSITION AND RESETTING DISPOSITIVE MOTION BRIEFING SCHEDULE.

The above matter came on for a hearing on various motions on September 26, 2024. Some deadlines set at the hearing have been altered slightly because the date provided at the hearing falls on a day the court is closed. For the reasons set forth on the record, **THE COURT HEREBY ORDERS**:

1) Plaintiff is to file responses to Defendants' outstanding discovery requests on or before October 18, 2024.

2) Plaintiff is to appear for a properly noticed deposition at the offices of Defendants' attorney, to be held on or before November 15, 2024. Plaintiff is advised that failure to comply with the court's order may result in sanctions up to and including dismissal of this action.

3) The discovery cutoff is extended to December 2, 2024.

4) Defendants' combined motion for summary judgment and response to Plaintiff's motion for summary judgment is due on or before December 17, 2024.

5) Plaintiff's response to Defendants' motion for summary judgment *and* reply to Defendants' opposition to his motion for summary judgment are due January 16, 2025.

6) Defendants' reply to Plaintiff's opposition to their summary judgment motion is due February 3, 2025.

7) The pretrial and trial dates remain as April 2, 2025, and April 14, 2025, respectively.

Dated at Green Bay, Wisconsin this <u>26th</u> day of September, 2024.

s/ William C. Griesbach

William C. Griesbach
United States District Judge
